unsealed per court order on 10/3/22 -jmo

FILED Sep 23 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY s/ cynthial DEPUTY

~~SEALED~~

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

August 2021 Grand Jury

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

LUIS RAMIREZ (2),

    Defendants.

Case No. '22 CR2185 BAS

I N D I C T M E N T

Title 18, U.S.C.,
Secs. 1956(h), 1956(a)(1)(B)(i),
and 1956(a)(2)(B)(i) - Conspiracy
to Launder Monetary Instruments;
Title 18, U.S.C., Sec. 1951(a) -
Hobbs Act Extortion; Title 18,
U.S.C., Sec. 1028A(a)(1) -
Aggravated Identity Theft;
Title 18, U.S.C.,
Secs. 981(a)(1)(C), 982(a)(1),
and 982(b), and
Title 28, U.S.C., Sec. 2461(c) -
Criminal Forfeiture

The grand jury charges:

### Count 1

Beginning on a date unknown to the grand jury and continuing up to the date of the indictment, within the Southern District of California and elsewhere, the defendants ▆▆▆▆▆▆▆▆ LUIS RAMIREZ, ▆▆▆▆▆▆▆

JCM:nlv:San Diego:9/23/22

1 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
2 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
3 ▓▓▓▓ and others known and unknown to the Grand Jury, did knowingly and intentionally conspire together and with each other, and with other persons known and unknown to the Grand Jury,

    a. to knowingly conduct and attempt to conduct financial transactions affecting interstate and foreign commerce, which transactions involved the proceeds of specified unlawful activity, that is, drug trafficking, knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, to wit: drug trafficking, and that while conducting and attempting to conduct such financial transactions, knew that the property involved in the financial transactions represented proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i);

    b. to transport, transmit, and transfer a monetary instrument and funds from a place in the United States to and through a place outside the United States, knowing that the monetary instrument and funds involved in the transportation, transmission and transfer represented the proceeds of some form of unlawful activity, that is, drug trafficking, and knowing that such transportation, transmission and transfer was designed in whole and in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(2)(B)(i).

All in violation of Title 18, United States Code, Section 1956(h).

//

## Count 2

Beginning on a date unknown to the grand jury and continuing up to and including February 16, 2021, within the Southern District of California, and elsewhere, defendants [REDACTED] and LUIS RAMIREZ did knowingly conspire with each other and other persons known and unknown to the grand jury to unlawfully obstruct, delay, and affect, and attempt to obstruct, delay, and affect, commerce, and the movement of articles and commodities in commerce, by extortion; in violation of Title 18, United States Code, Section 1951(a).

## Count 3

On or about November 9, 2020, within the Eastern District of Pennsylvania, and elsewhere, defendant [REDACTED] did knowingly possess and use, without lawful authority, a means of identification of another person, that is, the [REDACTED] during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c), namely, the money laundering conspiracy described in Count 1, knowing that the means of identification belonged to another actual person.
All in violation of Title 18, United States Code, Section 1028A.

**FORFEITURE ALLEGATIONS**

1. The allegations contained above are realleged herein for purposes of seeking forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Section 982.

2. Upon conviction of the offense sent forth in Count 1 and pursuant to Title 18, United States Code, Section 982(a)(1), defendants [REDACTED] LUIS RAMIREZ, [REDACTED]

3

1  ███████████████████████████████████████████
2  ███████████████████████████████████  shall, upon
3  conviction, forfeit to the United States all rights, title and interest
4  in any and all property involved in such offense, and any property
5  traceable to such property. The property to be forfeited includes, but
6  is not limited to, $1,371,982 in U.S. currency previously seized.

  3. Upon conviction of the offense sent forth in Count 2 and pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), defendants ███████ ████████████████████ LUIS RAMIREZ, ███████████████ ███ ██████████████ ████████████████ ██████████████████████████████████ ████████████████████████████████████ shall, upon conviction, forfeit to the United States all rights, title and interest in any and all property constituting and derived from proceeds obtained directly or indirectly from such offense, and any property traceable to such property. The property to be forfeited includes, but is not limited to, $1,371,982 in U.S. currency previously seized.

  4. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with, a third party;
    c. has been placed beyond the jurisdiction of the Court;
    d. has been substantially diminished in value; or
    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c) to seek forfeiture of any other property of the defendants up to the value of the said property listed above as being subject to forfeiture.

All pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 982(a)(1), and 982(b), and Title 28, United States Code, Section 2461(c).

DATED: September 23, 2022.

A TRUE BILL:

Foreperson

RANDY S. GROSSMAN
United States Attorney

By: /s/ Joshua C. Mellor
JOSHUA C. MELLOR
Assistant U.S. Attorney